## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY BYERS and DELBERTA BYERS,** | **Case No. 3:13-cv-01299-JPG-PMF** |
| **Plaintiffs,** | |
| v. | **(Third Judicial Circuit, Madison County, Illinois – Case No. 13-L-1711)** |
| **AMEREN CORPORATION, et al.,** | **MOTION TO CLOSE CASE** |
| **Defendants.** | |

COMES NOW, Defendant Crane Co., by and through their attorneys of record, Allison K. Sonneveld and the law firm of Polsinelli PC, and hereby respectfully requests that the Court close Case No. 3:13-cv-01299-JPG-PMF. Defendant Crane Co. does <u>not</u> intend to file a Notice of Removal in the above styled cause of action.

Respectfully submitted,

Polsinelli PC

Dated: <u>December 27, 2013</u>     By:   <u>*/s/ Allison K. Sonneveld*</u>
　　　　　　　　　　　　　　　　　　　Allison K. Sonneveld (#06278487)
　　　　　　　　　　　　　　　　　　　100 South Fourth Street, Suite 1000
　　　　　　　　　　　　　　　　　　　St. Louis, MO 63102
　　　　　　　　　　　　　　　　　　　314-231-1950
　　　　　　　　　　　　　　　　　　　Fax: 314-231-1776

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant CRANE CO.

### CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　*/s/ Allison K. Sonneveld*

46710231.1