IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY BYERS and DELBERTA BYERS,

    Plaintiffs,

vs.

CRANE CO., *et al.*,

    Defendants.

Case No. 13-cv-1299-JPG-PMF

**ORDER**

This matter comes before the Court on defendant Crane Co.'s notice (Doc. 2) asking the Court to close this case. Crane Co. opened the instant case on December 17, 2013, but failed to file its notice of removal. Now, Crane Co. informs the Court that it does not intend to file a notice of removal and asks that the Court close the case. Accordingly, the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** December 30, 2013

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**